NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alex N. Jilizian (CA SBN 362307)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
ATTORNEY(S) FOR:    Gene Thrower, Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GENE THROWER, individually and on behalf
of all others similarly situated,

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Gene Thrower
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

June 15, 2026

Date

/s/ Alex N. Jilizian

Signature

Attorney of record for (or name of party appearing in pro per):

Gene Thrower, Plaintiff

NOTICE OF INTERESTED PARTIES