Oliver M. Kiefer (SBN 332830)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Oliver.Kiefer@zwillgen.com

*Attorney for Defendant*
*Apartment List, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE THROWER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>APARTMENT LIST, INC.,<br><br>*Defendant.* | Case No. 3:26-cv-05814-JSC<br><br>**DEFENDANT APARTMENT LIST, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Apartment List, Inc. states that it is a privately held corporation, has no parent corporation, and no publicly held corporation or other publicly held entity owns 10% or more of Apartment List, Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: July 10, 2026                    Respectfully submitted,

                                        **ZWILLGEN LAW LLP**


                                        By:  */s/ Oliver M. Kiefer*
                                        Oliver M. Kiefer (SBN 332830)
                                        369 Pine Street, Suite 506
                                        San Francisco, CA 94101
                                        Telephone: (415) 590-2335
                                        Oliver.Kiefer@zwillgen.com

                                        *Attorney for Defendant*
                                        *Apartment List, Inc.*

1

DEFENDANT APARTMENT LIST, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE
STATEMENT AND LOCAL RULE 3-15 DISCLOSURE
CASE NO. 3:26-CV-05814-JSC