Oliver M. Kiefer (SBN 332830)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Oliver.Kiefer@zwillgen.com

*Attorney for Defendant*
*Apartment List, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE THROWER, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> APARTMENT LIST, INC., <br><br> *Defendant*. | Case No. 26-cv-05814-JSC <br><br> **SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (CIV. L.R. 6-1(a))** |

SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (CIV. L.R. 6-1(a)); CASE NO. 26-CV-05814-JSC

Pursuant to Civil Local Rule 6-1(a), Plaintiff Gene Thrower ("Plaintiff") and Defendant Apartment List, Inc. ("Defendant") (jointly, the "Parties"), by and through their respective undersigned counsel, hereby stipulate that Defendant may have until September 14, 2026 to answer or otherwise respond to the Complaint in this matter. In support of this Stipulation, the Parties stipulate and agree to the following:

**WHEREAS**, Plaintiff filed his Complaint on June 15, 2026 in the United States District Court for the Northern District of California (ECF 1);

**WHEREAS**, Plaintiff served Defendant on June 23, 2026, making Defendant's responsive pleading due July 14, 2026;

**WHEREAS**, the Parties filed a Stipulation pursuant Civil Local Rule 6-1(a) on July 10, 2026 extending Defendant's deadline to respond to Plaintiff's Complaint to August 13, 2026 (ECF 13);

**WHEREAS**, to allow counsel time to conduct adequate investigation of the claims and possible defenses in this matter, Defendant requested, and Plaintiff has consented, to extend the deadline for Defendant to respond to Plaintiff's Complaint by an additional 30 days to September 14, 2026 (accounting for Saturday, September 12, 2026);

**WHEREAS**, this is the second time the Parties have submitted a request for an extension of time;

**WHEREAS**, this Stipulation is submitted in good faith and not for any purposes of delay;

**WHEREAS**, this extension of time will not alter the date of any other event or deadline already fixed by Court order;

**NOW THEREFORE, THE PARTIES STIPULATE** that, pursuant to Civil Local Rule 6-1(a), Defendant shall answer or otherwise respond to Plaintiff's Complaint by September 14, 2026.

**IT IS SO STIPULATED.**

SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (CIV. L.R. 6-1(a)); CASE NO. 26-CV-05814-JSC

Dated: August 7, 2026          **ZWILLGEN LAW LLP**

By: /s/ *Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Oliver.Kiefer@zwillgen.com

*Attorney for Defendant*
*Apartment List, Inc.*

Dated: August 7, 2026          **PARONICH LAW, P.C.**

By: */s/ Alex N. Jilizian*
Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
alex@paronichlaw.com

*Attorney for Plaintiff and the Putative Class*
*Gene Thrower*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Oliver M. Kiefer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

By: */s/ Oliver M. Kiefer*
Oliver M. Kiefer

2

SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(CIV. L.R. 6-1(a)); CASE NO. 26-CV-05814-JSC