Oliver M. Kiefer (SBN 332830)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Facsimile: (202) 706-5298
Oliver.Kiefer@zwillgen.com

*Attorneys for Defendant*
*Apartment List, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE THROWER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>APARTMENT LIST, INC.,<br><br>*Defendant*. | Case No. 26-cv-05814-JSC<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE, TO EXCHANGE INITIAL DISCLOSURES, AND TO RESPOND TO THE COMPLAINT; DECLARATION IN SUPPORT OF REQUEST**<br><br>Complaint Filed: June 15, 2026 |

**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME**

Plaintiff Gene Thrower ("Plaintiff") and Defendant Apartment List, Inc. ("Apartment List" or "Defendant") (jointly, the "Parties"), by and through their respective undersigned counsel, pursuant to Local Civil Rule 6-2, hereby stipulate and agree to the following:

**WHEREAS**, Plaintiff filed his Complaint on June 15, 2026, in the United States District Court for the Northern District of California;

**WHEREAS**, Plaintiff served Apartment List on June 23, 2026, making Cloudflare's responsive pleading due July 14, 2026;

**WHEREAS,** on July 9, 2026, the Court issued a notice resetting the initial Case Management Conference in this matter for September 16, 2026, making the Parties' Case Management Statement due on September 9, 2026 (ECF 11);

**WHEREAS**, the Parties filed a Stipulation pursuant to Civil Local Rule 6-1(a) on July 10, 2026 extending Apartment List's deadline to respond to respond to Plaintiff's Complaint to August 13, 2026 (ECF 13);

**WHEREAS**, the Parties filed a second Stipulation pursuant to Civil Local Rule 6-1(a) on August 7, 2026 extending Apartment List's deadline to respond to Plaintiff's Complaint to September 14, 2026 (ECF 15);

**WHEREAS,** the Parties have reached an agreement in principle that would resolve this matter without the need for motion practice or further litigation;

**WHEREAS,** the Parties agree that in light of their agreement in principle and to allow the Parties time to finalize their agreement without the need for further Court involvement, the initial Case Management Conference should be reset for a date after October 9, 2026, and the deadlines for the Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and for Apartment List to respond to the Complaint shall be reset to October 16, 2026;

**WHEREAS,** the extension of time would alter the deadline for the Parties to submit their initial Case Management Statement and exchange initial disclosures, but would not alter the date of any other event or deadline already fixed by Court order;

**WHEREAS**, this is the third time the Parties have submitted a request for an extension of time; and the first time the Parties have submitted a request for an extension of time related to the Case Management Statement and exchange of initial disclosures;

**WHEREAS**, this stipulation is submitted in good faith and not for any purposes of delay;

**NOW THEREFORE**, the Parties hereby stipulate that:

1. The deadline for Apartment List to respond to Plaintiff's Complaint is October 16, 2026.
2. The deadline for the Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be October 16, 2026.
3. The initial Case Management Conference shall be reset to a date after October 9, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 9, 2026

**ZWILLGEN LAW LLP**

By: */s/ Oliver M. Kiefer*

Oliver M. Kiefer (SBN 332830)
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Facsimile: (202) 706-5298
Oliver.Kiefer@zwillgen.com

*Attorney for Defendant*
*Apartment List Inc.*

Dated: September 9, 2026

**PARONICH LAW, P.C.**

By: */s/ Alex N. Jilizian*

Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
alex@paronichlaw.com

*Attorney for Plaintiff and the Putative Class*
*Gene Thrower*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ______________

______________________________
HON. JACQUELINE SCOTT CORLEY
United States District Judge

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Oliver M. Kiefer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

By: */s/ Oliver M. Kiefer*
Oliver M. Kiefer

**DECLARATION IN SUPPORT OF STIPULATED REQUEST**

I, Oliver M. Kiefer, declare as follows:

1. I am an attorney at the law firm of ZwillGen Law LLP, attorneys of record for Defendant Apartment List Inc. ("Apartment List") in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

**Reasons for Stipulation**

2. Local Civil Rule 6-2 requires Court approval for any modification of a deadline that has been affixed by Court order.

3. On June 16, 2026, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Order"). *See* ECF 5. The Order required the Parties to exchange initial disclosures by September 10, 2026.

4. The Parties since stipulated to two extensions of Apartment List's time to respond to the Complaint, making Apartment List's current responsive pleading date September 14, 2026. *See* ECF Nos. 13, 15. The Court also reset the Initial Case Management Conference from September 17, 2026, to September 16, 2026. *See* ECF No. 11.

5. The Parties have since reached an agreement in principle to resolve this litigation without the need for further involvement by the Court.

6. To avoid the expense and time required to prepare a Case Management Conference, exchange initial disclosures, appear for the initial Case Management Conference, prepare a response to the Complaint, and to allow the Parties to focus on resolution of this matter, the Parties agree that the deadlines to exchange initial disclosures and for Apartment List to respond to the Complaint should be extended to October 16, 2026. The Parties further agree that the initial Case Management Conference should be reset to a date after October 9, 2026.

7. The Parties' request aims to preserve judicial and party resources by exchanging initial disclosures and participating in a Case Management Conference (if necessary) at a time after

this matter has been resolved, allowing the Parties to focus their efforts on formalizing their agreement in principle.

**Previous Time Modifications**

8. On July 10, 2026, the Parties stipulated to extend Apartment List's deadline to respond to the Complaint from July 14, 2026, to August 13, 2026. *See* ECF No. 13.

9. On August 7, 2026, the Parties stipulated to further extend Apartment List's deadline to respond to the Complaint from August 14, 2026, to September 14, 2026. *See* ECF No. 15.

10. On July 9, 2026, the Court reset the initial Case Management Conference in this matter from September 17, 2026 to September 16, 2026. *See* ECF No. 21.

**Effect of Requested Time Modification**

11. Granting the Parties' request would reset the deadline for the Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) from September 10, 2026 to October 16, 2026.

12. Granting the Parties' request would further extend Apartment List's deadline to respond to the Complaint from September 14, 2026 to October 16, 2026.

13. Granting the Parties' request would also reset the initial Case Management Conference from September 16, 2026 to a date of the Court's preference after October 9, 2026.

14. This extension would not alter the date of any other event or deadline already fixed by Court order or otherwise affect the case's schedule.

By: *<u>/s/ Oliver M. Kiefer</u>*
Oliver M. Kiefer