Oliver M. Kiefer (SBN 332830)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Facsimile: (202) 706-5298
Oliver.Kiefer@zwillgen.com

*Attorneys for Defendant*
*Apartment List, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE THROWER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>APARTMENT LIST, INC.,<br><br>*Defendant*. | Case No. 26-cv-05814-JSC<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE, TO EXCHANGE INITIAL DISCLOSURES, AND TO RESPOND TO THE COMPLAINT; DECLARATION IN SUPPORT OF REQUEST**<br><br>Complaint Filed: June 15, 2026 |

**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME**

Plaintiff Gene Thrower ("Plaintiff") and Defendant Apartment List, Inc. ("Apartment List" or "Defendant") (jointly, the "Parties"), by and through their respective undersigned counsel, pursuant to Local Civil Rule 6-2, hereby stipulate and agree to the following:

**WHEREAS**, Plaintiff filed his Complaint on June 15, 2026, in the United States District Court for the Northern District of California;

**WHEREAS**, Plaintiff served Apartment List on June 23, 2026, making Cloudflare's responsive pleading due July 14, 2026;

**WHEREAS,** on July 9, 2026, the Court issued a notice resetting the initial Case Management Conference in this matter for September 16, 2026, making the Parties' Case Management Statement due on September 9, 2026 (ECF 11);

**WHEREAS**, the Parties filed a Stipulation pursuant to Civil Local Rule 6-1(a) on July 10, 2026 extending Apartment List's deadline to respond to respond to Plaintiff's Complaint to August 13, 2026 (ECF 13);

**WHEREAS**, the Parties filed a second Stipulation pursuant to Civil Local Rule 6-1(a) on August 7, 2026 extending Apartment List's deadline to respond to Plaintiff's Complaint to September 14, 2026 (ECF 15);

**WHEREAS,** the Parties have reached an agreement in principle that would resolve this matter without the need for motion practice or further litigation;

**WHEREAS,** the Parties agree that in light of their agreement in principle and to allow the Parties time to finalize their agreement without the need for further Court involvement, the initial Case Management Conference should be reset for a date after October 9, 2026, and the deadlines for the Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and for Apartment List to respond to the Complaint shall be reset to October 16, 2026;

**WHEREAS,** the extension of time would alter the deadline for the Parties to submit their initial Case Management Statement and exchange initial disclosures, but would not alter the date of any other event or deadline already fixed by Court order;

**WHEREAS**, this is the third time the Parties have submitted a request for an extension of time; and the first time the Parties have submitted a request for an extension of time related to the Case Management Statement and exchange of initial disclosures;

**WHEREAS**, this stipulation is submitted in good faith and not for any purposes of delay;

**NOW THEREFORE**, the Parties hereby stipulate that:

1. The deadline for Apartment List to respond to Plaintiff's Complaint is October 16, 2026.
2. The deadline for the Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be October 16, 2026.
3. The initial Case Management Conference shall be reset to a date after October 9, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 9, 2026

**ZWILLGEN LAW LLP**

By: */s/ Oliver M. Kiefer*

Oliver M. Kiefer (SBN 332830)
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Facsimile: (202) 706-5298
Oliver.Kiefer@zwillgen.com

*Attorney for Defendant Apartment List Inc.*

Dated: September 9, 2026

**PARONICH LAW, P.C.**

By: */s/ Alex N. Jilizian*

Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
alex@paronichlaw.com

*Attorney for Plaintiff and the Putative Class Gene Thrower*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 11, 2026

HON. JACQUELINE SCOTT CORLEY
United States District Judge

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Oliver M. Kiefer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

By: */s/ Oliver M. Kiefer*
Oliver M. Kiefer