Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com

*Attorney for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENE THROWER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**APARTMENT LIST, INC.**<br><br>*Defendant.* | Case No. 3:26-cv-05814<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Gene Thrower, having resolved his individual claims against Defendant, hereby dismisses this action with prejudice as to his individual claims, and without prejudice as to the claims of the putative class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this 12th day of October, 2026.

By: *<u>/s/ Alex N. Jilizian</u>*
Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com